**MANDATE**

Cly

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 06-cv-38(vm) / 07-3266-pr

Caption [use short title]

Motion for: Abeyance or Dismissal

Dixon, Appellant/Petitioner

*[STAMP: UNITED STATES COURT OF APPEALS FILED OCT 1- 2007 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]*

Set forth below precise, complete statement of relief sought:

To hold Appeal in Abeyance or dismiss appeal only if filing fee has not been charged to my facility account!

v.

McGinnis, Respondent.

**MOVING PARTY:** Echo Westley Dixon
☐ Plaintiff    ☐ Defendant
☒ Appellant/Petitioner    ☐ Appellee/Respondent

**OPPOSING PARTY:** District Attorney of Bronx County

**MOVING ATTORNEY:** Echo Westley Dixon #00A6365
[name of attorney, with firm, address, phone number and e-mail]
Echo Westley Dixon #00A6365
Appellant/Petitioner Pro Se
Coxsackie Correctional Facility
P.O. Box 999
Coxsackie, New York 12051-0999

**OPPOSING ATTORNEY** [Name]: D.A. Bronx County
[name of attorney, with firm, address, phone number and e-mail]
198 East 161st Street
Bronx, New York 10451

**Court-Judge/Agency appealed from:** District Court, Southern District of New York, Honorable Victor Marrero

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought?    ☐ Yes    ☒ No
B. been obtained?    ☐ Yes    ☒ No

Is oral argument requested?    ☒ Yes    ☐ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes    ☒ No
If yes, enter date _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?    ☒ Yes    ☐ No

Has this relief been previously sought
in this Court?    ☐ Yes    ☒ No

Requested return date and explanation of emergency:
Indictment of Petitioner/Appellant bears an ens legis/fictitious name. Therefore, an appeal may be unnecessary or in alternative held in abeyance if filing fee has commenced to my facility account.

Has service been effected?    ☐ Yes    ☒ No
[Attach proof of service]

*[STAMP: UNITED STATES COURT OF APPEALS FILED OCT 16 2007 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]*

Signature of Moving Attorney: Echo W. Dixon    Date: 9/26/07

---

**ORDER**

*A TRUE COPY* — to dismiss, construed as a motion to withdraw and

IT IS HEREBY ORDERED THAT the motion is **GRANTED** ~~DENIED~~.

Catherine O'Hagan Wolfe, Clerk

by E. Lorenzo Martin    OCT 16 2007
Date: _____ DEPUTY CLERK

**FOR THE COURT:**
CATHERINE O'HAGAN WOLFE, Clerk of Court
By: _C.H. Minure_
Sup. Staff Atty.

Form T-1080 (Revised 10/31/02).

Issued as Mandate:    OCT 17 2007

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 06-cv-38(VM) / 07-3266-pr

Caption [use short title]:

Dixon, Appellant/Petitioner

v.

McGinnis, Respondent.

Motion for: Abeyance or Dismissal

*FILED OCT 1- 2007 — Catherine O'Hagan Wolfe, Clerk, SECOND CIRCUIT*

Set forth below precise, complete statement of relief sought:

To hold Appeal in Abeyance or dismiss appeal only if filing fee has not been charged to my facility account.

MOVING PARTY: Echo Westley Dixon
- [ ] Plaintiff
- [ ] Defendant
- [x] Appellant/Petitioner
- [ ] Appellee/Respondent

OPPOSING PARTY: District Attorney of Bronx County

MOVING ATTORNEY: Echo Westley Dixon #00A6365
OPPOSING ATTORNEY [Name]: D.A. Bronx County

[name of attorney, with firm, address, phone number and e-mail]

Echo Westley Dixon #00A6365
Appellant/Petitioner Pro Se
Coxsackie Correctional Facility
P.O. Box 999
Coxsackie, New York 12051-0999

198 East 161st Street
Bronx, New York 10451

Court-Judge/Agency appealed from: District Court, Southern District of New York, Honorable Victor Marrero

Please check appropriate boxes:

*THE MANDATE CONSISTING OF ITEMS BELOW, HAS BEEN RECEIVED UP: OPINION ( ) STATEMENT OF COSTS ( ) ORDER ( ) ... RECEIVED BY: ___ DATE ___*

Has consent of opposing counsel:
- A. been sought? [ ] Yes  [x] No
- B. been obtained? [ ] Yes  [x] No

Is oral argument requested? [x] Yes  [ ] No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes  [x] No
If yes, enter date ___

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:

Has request for relief been made below? [x] Yes  [ ] No

Has this relief been previously sought in this Court? [ ] Yes  [x] No

Requested return date and explanation of emergency:

Indictment of Petitioner/Appellant bears an ens legis/fictitious name. Therefore, an appeal may be unnecessary or in alternative held in abeyance if filing fee has commenced to my facility account.

Has service been effected? [ ] Yes  [x] No
[Attach proof of service]

Signature of Moving Attorney: Echo W. Dixon    Date: 9/26/07

*FILED OCT 16 2007 — Catherine O'Hagan Wolfe, Clerk, SECOND CIRCUIT*

### ORDER

to dismiss is construed as a motion to withdraw and
IT IS HEREBY ORDERED THAT the motion is (GRANTED) ~~DENIED~~.

Date: OCT 16 2007

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court
By: C.J. Minure, Sup. Staff Atty.

Form T-1080 (Revised 10/31/02)